UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK JAMISON

    Plaintiff,

v.   Case No. 04-74791
    Hon. Robert H. Cleland
    Magistrate Judge: Mona K. Majzoub

CITY OF DETROIT, FRAZIER ADAMS,
JAMES FISHER, T. KING, MARIA COX-BORKOWSKI,
ANDREW SIMS, BILLY JACKSON, HENRY ELLIS
in their individual and official capacities,

    Defendants.
_____/

| LAW OFFICE OF McCALL & TRAINOR | JACOB SCHWARZBERG (P37693) |
|---|---|
| BY:  CHRISTOPHER J. TRAINOR (P42449) | Attorney for Defendants |
| Attorney for Plaintiff | 660 Woodward Avenue |
| 6557 Highland Road, Suite 105 | First National Building, Suite 1650 |
| Waterford, MI  48327 | Detroit, MI  48226 |
| (248) 886-8650 | (313) 237-3036 |
| (248) 886-8652--Fax | (313) 224-5505--Fax |

_____/

### ORDER TO AMEND THE CAPTION AND THE COMPLAINT

At a session of said Court
held in the City of Detroit, County of Wayne,
State of Michigan on  August 10, 2005

    **PRESENT:**   **HONORABLE ROBERT H. CLELAND**
                         United States District Judge

    Upon the reading and filing of the Stipulation to Amend the Complaint, and the Court being fully advised in the premises;

    **NOW, THEREFORE, IT IS HEREBY ORDERED** that in the caption, Defendant T. King shall be changed to Tawnya King;

**IT IS FURTHER ORDERED** that the Plaintiff shall be permitted to file a First Amended Complaint that brings forth his claims of excessive force against Defendants pursuant to the Fourth Amendment to the United States Constitution.

**IT IS SO ORDERED**.

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  August 10, 2005

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 10, 2005, by electronic and/or ordinary mail.

 S/Lisa G. Teets
Case Manager and Deputy Clerk
(313) 234-5522