**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PATRICK JAMISON,

        Plaintiff,                  CIVIL ACTION NO: 04-CV-74791-DT

v.

CITY OF DETROIT, et al.,

        Defendants

_____ /

## ORDER OF DISMISSAL

The Court having been advised by counsel that the above-entitled action has been settled, therefore;

**IT IS ORDERED** that the above-entitled action be, and the same hereby is, **DISMISSED** without costs and without prejudice to the right of either party to move within sixty (60) days to vacate this Order if settlement is not consummated. After 60 days from this date, this dismissal is with prejudice.

                              s/Robert H. Cleland
                              ROBERT H. CLELAND
                              UNITED STATES DISTRICT JUDGE

Dated: December 29, 2005

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 29, 2005, by electronic and/or ordinary mail.

                              s/Lisa Wagner
                              Case Manager and Deputy Clerk
                              (313) 234-5522